IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHEET METAL WORKERS )
NATIONAL HEALTH FUND ) No. 3-07-1079
 )
v. )
 )
COLUMBIA MECHANICAL, INC. )

O R D E R

On March 10, 2008, the plaintiff filed a Notice of Voluntary Nonsuit (Docket Entry No. 12), no answer or motion for summary judgment having been served or filed by the defendant.[1]

In accord with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, no further action of the Court is required once a plaintiff files a notice of voluntary dismissal.

Therefore, this case is DISMISSED without prejudice and the Clerk is directed to close this action on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

The Clerk is also directed to mail a copy of this order to the defendant, c/o Tina Rankin, 4094 Business Park Court, Evans, GA 30809, by regular, first class mail (only).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] On February 21, 2008, Tina Rankin, Office Manager for the defendant, filed a copy of a letter dated February 18, 2008, sent to plaintiff's counsel (Docket Entry No. 10). However, that letter cannot be construed as an answer to the complaint. Subsequent to that filing, the Clerk entered default against the defendant on March 10, 2008 (Docket Entry No. 11).